UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Sergeant Nathan D. Crisp,<br><br>    Plaintiff,<br><br>vs.<br><br>The State of Georgia, et al,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-02057-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L Brown, United States District Judge, for consideration of defendants' motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 17th day of February, 2023.

                KEVIN P. WEIMER
                CLERK OF COURT


            By: s/D. Burkhalter
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 17, 2023
Kevin P. Weimer
Clerk of Court

By: s/D. Burkhalter
   Deputy Clerk